# Court of Appeals
# of the State of Georgia

ATLANTA,   January 04, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0704.   GRAYLON ANDERSON v. SECRETARY OF VETERANS AFFAIRS.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, Defendant Graylon Anderson appealed the magistrate court's decision to the superior court. The superior court entered a writ of possession in favor of the plaintiff. Anderson then appealed directly to this Court.

We lack jurisdiction. Because the order at issue disposes of a de novo appeal from a magistrate court decision, Anderson was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 01/04/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 , *Clerk.*